RECEIVED
IN LAKE CHARLES, LA

JAN - 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| RUSSELL W. SAVANT, ET AL. | : | DOCKET NO. 05-1501 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| BERETTA U.S.A. CORP., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiffs' motion to remand [doc. # 12] be, and it is hereby DENIED.

IT IS FURTHER ORDERED that plaintiffs' request for costs be, and it is hereby DENIED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendant, Gene Haydell, dismissing without prejudice plaintiffs' claims against said defendant only.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of January, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE