U.S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

APR 0 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RUSSELL W. SAVANT, ET AL | CIVIL ACTION NO. 05-1501 |
| versus | JUDGE TRIMBLE |
| BERETTA USA CORP., ET AL | MAGISTRATE JUDGE WILSON |

### O R D E R

Before the court is defendants' motion for summary judgment [Doc. # 53], plaintiffs' motion to strike defendants' motion for summary judgment [Doc. # 58] and defendants' motion to strike evidence and other material [Doc. # 68]. For the reasons expressed in this court's memorandum ruling issued this day, these three motions are DENIED.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 4th day of April, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE